MARY E. ROBERTS, Plaintiff, *v.* FIRST NATIONAL BANK OF JAMESTOWN et al., Defendants; ERNEST CAWCROFT, Appellant, and ROY G. ROBERTS, Individually and as General Guardian of the Property of MARY E. ROBERTS, et al., Respondents.

Submitted April 8, 1940; decided April 16, 1940.

*Clarence G. Pickard* for motion.

*Ernest Cawcroft,* in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.